[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 96-2127

 JOSEPH M. CRAVEIRO, JR.,

 Petitioner, Appellant,

 v.

 UNITED STATES OF AMERICA,

 Respondent, Appellee.
 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF RHODE ISLAND

 [Hon. Robert W. Lovegreen, U.S. Magistrate Judge] 

 

 Before

 Torruella, Chief Judge, 
 Stahl and Lynch, Circuit Judges. 

 

Joseph M. Craveiro on brief pro se. 
Sheldon Whitehouse, United States Attorney, and Margaret E. 
Curran, Assistant United States Attorney, on brief for appellee. 

 

 February 3, 1998
 

 Per Curiam. After carefully reviewing the record 

and the parties' briefs, we summarily affirm the judgment of

the district court on the basis of United States v. Estrella, 

104 F.3d 3 (1st Cir.), cert.denied, 117 S.Ct. 2494 (1997). 

As for the claim of ineffective assistance of counsel,

petitioner has waived it by not presenting it in his 28

U.S.C. 2255 motion. See Dziurgot v. Luther, 897 F.2d 1222, 

1224 (1st Cir. 1990) (per curiam).

 Affirmed. See Local Rule 27.1. 

 -2-